UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RMS INSURANCE BROKERAGE, LLC and
RMS OF TEXAS, LLC,

                Plaintiff,                **ORDER**
                                                            CV 08-1414 (JFB)(ARL)

     -against-

JLT INSURANCE MANAGEMENT (BERMUDA),
LTD, et al.,
                Defendant.
----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

     Before the court is the defendant's letter application seeking to compel nonparty Arch Insurance Group, Inc. to produce non-privilege documents responsive to its revised subpoena. Arch Insurance Group has not responded to the application despite having been served with a copy by federal express on July 29, 2009. Although the plaintiff has submitted a forty-one page response to the application, the plaintiff takes no position with regard to the relief sought by the defendant.[1] Accordingly, the motion is granted, in part, as unopposed.

     Arch Insurance Group is directed to meet and confer with the defendants regarding the final list of search terms. Once the search terms have been established, Arch is to provide the plaintiff with a revised estimate of the copying and labor costs associated with the production. Upon receipt of the estimate, the defendant may then renew its application to the court for cost-sharing in a one-page letter motion.

Dated:  Central Islip, New York                    **SO ORDERED:**
          August 12, 2009

                                                                    _____/s/_____
                                                                   ARLENE R. LINDSAY
                                                                   United States Magistrate Judge

---

    [1] The purpose of the response is to provide the court with an "accurate" description of the plaintiff's claims. In the future, the plaintiff shall not burden the court with unnecessary filings.